

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN HOWARD BIGHAM, III,<br><br>Defendant.<br>_____/ | Case:2:23-cr-20038<br>Judge: Edmunds, Nancy G.<br>MJ: Stafford, Elizabeth A.<br>Filed: 01-18-2023 At 01:20 PM<br>USA V SEALED MATTER (LG)<br><br>Violations:<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C) |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
### **21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Possession with Intent to Distribute Fentanyl**

1.  On or about August 31, 2022, in the Eastern District of Michigan, the defendant, John Howard Bigham, III, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as Fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Possession with Intent to Distribute Methamphetamine

2.      On or about August 31, 2022, in the Eastern District of Michigan, the defendant, John Howard Bigham, III, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Possession with Intent to Distribute Cocaine

3.      From on or about August 15, 2022, through August 31, 2022, in the Eastern District of Michigan, the defendant, John Howard Bigham, III, did knowingly and intentionally possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853

4.    The allegations contained in Counts One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

5.    As a result of violating Title 21, United States Code, as set forth in this Indictment, Defendant shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; and (b) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, pursuant to Title 21 United States Code, Section 853(a), including but not limited to the following:

    a. $9,013.00 in U.S. Currency;

    b. Taurus Millennium Model G2, 9mm pistol and ammunition;

    c. Smith & Wesson, Model Bodyguard, .380 cal. pistol and ammunition;

    d. Springfield Armory, Model XD, .45 cal. pistol and ammunition;

    e. Smith & Wesson, Model 60, .38 Special cal. pistol and ammunition;

    f. Taurus, .357 cal. revolver and ammunition;

    g. Smith & Wesson, Model SD40, .40 cal. pistol and ammunition;

    h. Rohm, Model RG 10, .22 cal pistol and ammunition; and

    i. Colt, Model Navy, .36 cal. revolver and ammunition

6. <u>Substitute Assets</u>: If any of the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

                                                   THIS IS A TRUE BILL

                                                   *s/ Grand Jury Foreperson*
                                                   GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Michael Taylor*
MICHAEL TAYLOR
Assistant United States Attorney

Dated: January 18, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:23-cr-20038<br>Judge: Edmunds, Nancy G.<br>MJ: Stafford, Elizabeth A.<br>Filed: 01-18-2023 At 01:20 PM<br>USA V SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately

| **Companion Case Information** | Companion |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: MT |

**Case Title:** USA v. JOHN HOWARD BIGHAM, III

**County where offense occurred:** Washtenaw

**Offense Type:** Felony

Indictment

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

**Defendant Name**          **Charges**          **Prior Complaint (if applicable)**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

January 18, 2023
Date

*[signature]*
MICHAEL TAYLOR
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9516
michael.taylor3@usdoj.gov
P79497

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.